Barney GISNET v. The UNITED STATES of America.

No. 5983.

Circuit Court of Appeals, Seventh Circuit.

Nov. 6, 1936.

John Elliott Byrne and Lewis F. Jacobson, both of Chicago, Ill., for appellant.

Michael Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

No. 5984.

Circuit Court of Appeals, Seventh Circuit.

Nov. 6, 1936.

John Elliott Byrne and Lewis F. Jacobson, both of Chicago, Ill., for appellant.

Michael Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel.

On consideration whereof it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed.